CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for XOCHITL SANDOVAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-08-093-FCD/DAD |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR TRANSPORTATION** |
| XOCHITL SANDOVAL, | 18 U.S.C. §4285 |
| Defendant. | |

   Defendant Xochitl Sandoval, by and through her attorney, hereby applies to this Court for an order for transportation and subsistence allowance, as follows:

   1.  Ms. Sandoval is calendared for arraignment in this matter before the Magistrate on April 22, 2008, at 2:00 p.m.  She is indigent and eligible for appointed counsel.  The undersigned has been requested by the Office of the Federal Defender to represent Ms. Sandoval and has accepted.

   2.  Ms. Sandoval is unable to afford travel from her residence in Rancho Cucamonga (Ontario airport) to Sacramento or to pay for motel and subsistence expenses while here.  She requests that transportation

be arranged for Monday, April 21, 2008, so that she may confer with counsel after arrival and before date of arraignment.  She will then return to Rancho Cucamonga on Tuesday, April 22, 2008, after the arraignment.

    3.  Accordingly, it is requested that this Court direct the United States Marshal to arrange for Ms. Sandoval's non-custodial transportation, or to furnish the fare for such transportation, and an amount of money for subsistence expenses pursuant to the provisions of 18 U.S.C. §4285.

    4.  Ms. Sandoval further requests that her travel times coincide with those of her domestic partner, co-defendant Omar Sandoval (for whom a travel order was granted on April 14, 2008), so that the indigent couple can share travel costs not covered by subsistence per diem.

Dated:  April 15, 2008
                                 Respectfully submitted,

                                  /s/ CANDACE A. FRY
                                CANDACE A. FRY, Attorney for
                                Defendant XOCHITL SANDOVAL

**O R D E R**

TO:  UNITED STATES MARSHAL, SACRAMENTO, CALIFORNIA:

    You are authorized and directed to furnish XOCHITL SANDOVAL, defendant herein, with transportation from Rancho Cucamonga, California (Ontario airport) to Sacramento, California on Monday, April 21, 2008, for arraignment in the United States Magistrate's Court set for Tuesday, April 22, at 2:00 p.m., and for her return transportation on

April 22, 2008. In addition, the United States Marshal shall furnish Ms. Sandoval with money for subsistence expenses. Ms. Sandoval is financially unable to travel to and from Sacramento on these dates without transportation and subsistence expenses. This request is authorized by 18 U.S.C. §4285.

Further, it is requested that travel times coincide with those of co-defendant OMAR SANDOVAL who is XOCHITL SANDOVAL's domestic partner and for whom a travel order was granted on April 14, 2008.

DATED: April 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sandoval0093.ord