1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for XOCHITL SANDOVAL,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. CR.S-08-093-FCD
                                     )
12               Plaintiff,          )
                                     )  **WAIVER OF PERSONAL APPEARANCE AT**
13       v.                          )  **ARRAIGNMENT ON SUPERSEDING**
                                     )  **INDICTMENT**
14  XOCHITL SANDOVAL,                )
                                     )
15               Defendant.          )
                                     )
16  _____ )

17

18       Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure,

19  I, Xochitl (Urena) Sandoval, hereby waive my personal appearance at the

20  arraignment on the Superseding Indictment filed herein on February 11,

21  2010.

22       I acknowledge and understand that I have the right to appear

23  personally with my attorney before a judicial officer for arraignment

24  in open court on said Superseding Indictment.  I further understand

25  that, absent the present waiver, I must appear before this Court as

26  directed.

27                              ///

28                              ///

                              - 1 -

1    I acknowledge that I have received a copy of the Superseding

2  Indictment, that I waive a formal reading of same in open court, and I

3  hereby enter a plea of not guilty and demand a jury trial.

4    I agree that my interests will be deemed represented at all times

5  by the presence of my attorney, the same as if I were personally

6  present, and further agree to be present in court ready for trial any

7  day and hour the court may fix in my absence.

8    I further acknowledge that I have been informed of my rights under

9  Title 18 U.S.C. Sections 3161 - 3174 (Speedy Trial Act) and authorize

10 my attorney to set time and delays under the Act without my being

11 present.

12

13 Dated:   __March 1, 2010__          /s/ _Xochitl Urena Sandoval_
                                     XOCHITL (URENA) SANDOVAL, Defendant
14

15 Dated:   __March 1, 2020__          /s/ _Candace A. Fry_
                                     CANDACE A. FRY, Attorney for
16                                   XOCHITL SANDOVAL, Defendant

17

18    The defendant's Waiver of Personal Appearance at Arraignment on

19 Superseding Indictment is hereby accepted.

20 Dated:  March 2, 2010.

21

22                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28