CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for XOCHITL SANDOVAL,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-08-093-FCD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER MODIFYING** |
| | ) | **TERMS OF PRETRIAL RELEASE** |
| v. | ) | |
| | ) | |
| XOCHITL SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed by and between the parties

hereto, through their respective counsel, that the terms of pretrial

release imposed on defendant Xochitl Sandoval by The Honorable Dale A.

Drozd, United States Magistrate Judge, on April 22, 2008, shall be

modified as set forth below.

The defendant has posted a $150,000.00 appearance bond secured by

a Deed of Trust to real property located at 616 - 620 East 109th Place,

Los Angeles, California, owned by her parents, Juan Urena and Amelia

Urena.  Said Deed of Trust was recorded on April 29, 2008 in the County

of Los Angeles.  The purpose of this modification is to temporarily

///

-1-

relieve the property of the Deed of Trust so that the sureties can obtain affordable refinancing.  Accordingly, the parties agree:

1.  On March 11, 2010, Juan and Amelia Urena executed an Agreement to Forfeit Real Property to Obtain a Defendant's Release, in a form approved by counsel for the United States.  The original of said Agreement shall be presented to the Court for its approval at time of filing this Stipulation and proposed Order.

2.  Upon this Court's approval of the Agreement to Forfeit Real Property and entry of the within proposed order, the Clerk of the Court shall reconvey back to Juan and Amelia Urena that Deed of Trust securing the appearance bond.

3.  Within ninety (90) days after the Clerk's reconveyance, Juan and Amelia Urena shall execute and record a new Deed of Trust securing the appearance bond, identical to the first.

Pretrial Services has no objection to the requested bond modification which would allow the sureties to seek refinancing.


Dated: April 2, 2010                      /s/ Candace A. Fry
                                      CANDACE A. FRY, Attorney for
                                      XOCHITL SANDOVAL, Defendant


Dated: April 2, 2010                  BENJAMIN B. WAGNER,
                                      United States Attorney

                                        /s/ Candace A. Fry for
                                      ELLEN V. ENDRIZZI, Assistant
                                      United States Attorney

                                      (Signed for Ms. Endrizzi with
                                      her prior authorization)

# O R D E R

Good cause having been shown and the above-described Agreement to Forfeit Real Property to Obtain a Defendant's Release having been approved by this Court, IT IS HEREBY ORDERED:

1.  As to that certain Deed of Trust securing the appearance bond of defendant Xochitl Sandoval, the Clerk of the Court forthwith shall either cause a Deed of Reconveyance to be recorded or shall transmit an original Deed of Reconveyance to Trustors Juan Urena and Amelia Urena, whose mailing address is 616 East 109th Place, Los Angeles, CA 90059.

2.  Within ninety (90) days after the date of said Deed of Reconveyance, Juan and Amelia Urena shall cause a new Deed of Trust to be recorded, identical to the first and again securing the defendant's $150,000.00 appearance bond by their real property located at 616 - 620 East 109th Place, Los Angeles, California.

Dated:  April 5, 2010.

_____
U.S. MAGISTRATE JUDGE